UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                         Plaintiff,

v.                                                      Case No. 2:17–cr–20274–BAF–DRG
                                                        Hon. Bernard A. Friedman
Tahera Shafiq, et al.,

                         Defendant(s),

_____

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   RE–NOTICE of hearing on [403] Joint MOTION for Return of Property as to Tahera Shafiq, Farida Arif, Haseena Halfal, Zainab Hariyanawala. **Motion Hearing reset for 5/29/2019 11:30 AM before District Judge Bernard A. Fried man** (JCur) **HEARING WILL TAKE PLACE IN ANN ARBOR COURTHOUSE, COURTROOM 1**

   All of the aforementioned Defendants are required to appear at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan.  Please report to Room Courtroom 2.

## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/J. Curry–Williams_____
                                               Case Manager

Dated:   May 20, 2019